**Order entered December 5, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00821-CV

## ASHLEY JIMENEZ MCQUEEN, Appellant

## V.

## SELF STORAGE HIGHWAY 66 LIMITED PARTNERSHIP, DBA LUXIA CRAIG RANCH II, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01795-2022**

## ORDER

On October 20, 2022, after court reporter Crystal Cannon informed the Court that appellant had not requested the reporter's record, we directed appellant to file, within ten days, written verification she had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, *see* TEX. R. APP. P. 37.3(c), appellant has yet to comply. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than January 4, 2023.

/s/    BILL PEDERSEN, III
       JUSTICE